# Court of Appeals
# of the State of Georgia

ATLANTA,　April 02, 2013

*The Court of Appeals hereby passes the following order:*

## A13A1301. JAMES DARNELL SPRAYBERRY v. THE STATE.

On January 11, 2013, the trial court entered an order revoking James Sprayberry's probation. Seeking to appeal this order, Sprayberry filed an application for discretionary appeal on February 11, 2013,[1] and a notice of appeal on February 13, 2013. We denied Sprayberry's application on March 12, 2013. We lack jurisdiction over this direct appeal because Sprayberry's appeal is untimely and because a direct appeal is not appropriate in this case.

First, a notice of appeal must be filed within 30 days after entry of the appealable order. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Rocha v. State*, 287 Ga. App. 446 (1) (a) (651 SE2d 781) (2007). Here, Sprayberry's notice of appeal was not filed within 30 days of the order revoking his probation.

In addition, an application for discretionary appeal is required to appeal a probation revocation order. OCGA § 5-6- 35 (a) (5); *Andrews v. State*, 276 Ga. App. 428, 431 (1) (623 SE2d 247) (2005). Sprayberry properly filed an application for discretionary appeal of the same court order, which we subsequently denied. The denial of his application for discretionary appeal was an adjudication on the merits, and the doctrine of res judicata bars this direct appeal. See *Northwest Social & Civic Club v. Franklin*, 276 Ga. 859, 860 (583 SE2d 858) (2003); *Hook v. Bergen*, 286 Ga. App. 258, 261 (1) (649 SE2d 313) (2007).

This appeal is therefore DISMISSED.

---

[1] See *Sprayberry v. State*, Case No. A13D0243.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,* 04/02/2013
      *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*